## UNITED STATES DISTRICT COURT
Eastern District of California

**JUDGMENT**

UNITED STATES OF AMERICA

V.

Case Number: 6:06-MJ-00140-WMW

KEITH STERNBERG

STEVE BETZ
Defendant's Attorney

*THE DEFENDANT:*

[X] Pleaded guilty to counts two, three and five .

*Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:*

| Title & Section | Nature of Offense | Count Number(s) | Date of Offense |
|---|---|---|---|
| *36 CFR 4.22(b)(1)* | *Operate w/o Due Care* | *2* | *07/09/2006* |
| *36 CFR 2.34 (a)(2)* | *Disorderly Conduct* | *3* | *07/09/2006* |
| *36 CFR 2.1(a)(1)(ii)* | *Destruction of Vegetation* | *5* | *07/09/2006* |

*The defendant is sentenced as provided in pages 2 through 2 of this Judgment.*

Count one, four and six are dismissed.

*It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.*

*Defendant's Soc. Sec. Number:*
N/A

*Defendant's mailing address:*


Wellington, NV 89444

*Defendant's residence address:*

Same as above

May 1, 2007
*Date of Imposition of Sentence*

*Signature of Judicial Officer*

William M. Wunderlich
U.S. Magistrate Judge
*Name and Title of Judicial Officer*

*Date:* May 1, 2007

AO 245S Modified (3/90) Sheet 4 - Probation

*Judgment--Page  2  of  2*

*Defendant:  KEITH STERNBERG*
*Case Number:  6:06-MJ-00140-WMW*

### PROBATION

*You are hereby placed on unsupervised probation for a term of:*

### 12 months

*While on probation, you shall comply with following standard conditions that have been adopted by this court:*

*1. The defendant shall obey all laws, local, state and federal.*

*2. Pay the fine and restitution as ordered.*

*You shall  comply with the following additional conditions:*

3.  Defendant shall pay restitution in the amount of $1500 in payments of $125 per month, commencing on 7/01/2007 and due on the first of each month until paid in full.  Restitution shall be paid to the DOI/Yosemite National Park-Vegetation and Ecological Restoration Branch through the Clerk's Office in Sacramento, CA.

*4.  Defendant shall pay fine total of $120 and $30 penalty assessment in 30 days.*

*5. Defendant shall not operate a motor vehicle unless properly licensed, registered and insured.*

*6.  Defendant shall not drive a vehicle with any detectable amount of alcohol in system.*